UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., and <br><br> THE COALITION FOR BUZZARDS BAY, INC., <br><br> Plaintiffs <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, <br> Lisa Jackson, Administrator <br><br> and <br><br> ENVIRONMENTAL PROTECTION AGENCY <br> REGION 1, Curt Spalding, Regional Administrator, <br><br> Defendants. | Case No. 1:10-CV-11455 |

**MOTION TO EXTEND TIME FOR SERVICE OF THE COMPLAINT**

Pursuant to Rules 4(m) and 6(b) of the Federal Rules of Civil Procedure ("FRCP"), Plaintiffs Conservation Law Foundation, Inc. and The Coalition for Buzzards Bay, Inc. (collectively, "Plaintiffs"), by and through their undersigned attorneys, respectfully move the Court for an Order extending the time for Plaintiffs to serve their complaint, filed on August 24, 2010 (the "Complaint"), to March 22, 2011.

In support of their motion, Plaintiffs state the following:

1. On August 24, 2010, Plaintiffs filed the Complaint against Defendants, alleging certain violations of the Administrative Procedure Act.

2. Pursuant to FRCP 4(m), Plaintiffs must serve Defendants within one hundred twenty (120) days after the Complaint is filed, *i.e.*, no later than December 22, 2010.

1

3. On October 14, 2010, and again on November 19, 2010, the parties met in Boston, Massachusetts at EPA Region 1 Headquarters to discuss resolution of the above-captioned action.

4. The parties have agreed to continue these discussions, and have scheduled the next meeting for January 7, 2011, the earliest date that the parties could convene given the time constraints of other work obligations and the holiday season.

5. The parties agree that extending the service deadline for the Complaint by ninety (90) days, to March 22, 2011, will best serve their interests in facilitating a resolution.

6. Pursuant to FRCP 4(m) and 6(b)(1)(A), when a deadline for service of the Complaint has not expired, the Court may grant an extension of the time for service of the Complaint where good cause is shown.

7. Because the deadline for service of the Complaint has not yet expired, Plaintiffs respectfully contend that facilitation of ongoing discussions represents "good cause" under FRCP 4(m) and 6(b)(1)(A).

8. On December 9, 2010, counsel for Defendants advised Plaintiffs that they have no objection to the granting of this motion, so long as such non-objection is not deemed to be a waiver of service of process.

Accordingly, Plaintiffs respectfully request that the Court enter an Order extending the deadline for service of the Complaint to March 22, 2011.

Dated:  Boston, Massachusetts
        December 10, 2010

        CONSERVATION LAW FOUNDATION, INC.

        By its attorney:

        /s/ Cynthia Liebman
        Cynthia Liebman
        BBO No. 665528
        Conservation Law Foundation, Inc.
        62 Summer Street
        Boston, Massachusetts 02110
        (617) 350-0990 ext. 744
        Cliebman@clf.org

        THE COALITION FOR BUZZARDS BAY, INC.

        By its attorney:

        /s/ Korrin Petersen
        Korrin Petersen
        BBO No. 654736
        The Coalition for Buzzards Bay, Inc.
        114 Front Street
        New Bedford, MA 02740
        (508) 999-6363 ext 206
        Petersen@savebuzzardsbay.org

## LOCAL RULE 7.1 STATEMENT

I, Korrin Petersen, hereby certify that I have conferred with opposing counsel regarding the filing of this motion pursuant to Local Rule 7.1, and that opposing counsel did not object to the filing of the motion.

Dated: December 10, 2010

/s/ Korrin Petersen
Korrin Petersen

## CERTIFICATE OF SERVICE

   I, Korrin Petersen, certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on today's date.

Dated: December 10, 2010

            /s/ Korrin Petersen
            Korrin Petersen