UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Conservation Law Foundation, Inc.** )<br> **et al.** )<br>**Plaintiffs,** )<br>**v.** )<br> )<br>**United States Environmental** )<br>**Protection Agency, et al** )<br>**Defendants.** ) | **C.A. No. 10-11455** |

## JUDGMENT

**WOLF, D. J.**

In accordance with this Court's Memorandum and Order dated August 29, 2013 it is hereby ORDERED that Judgment is entered in favor of defendants.

By the Court,

**August 29, 2013**          **/s/ Daniel C. Hohler**
    **Date**                          **Deputy Clerk**

(judge-dis.wpd - 12/98)                                                    [jgm.]